# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EZEQUIEL RODRIGUEZ, JR,<br><br>Defendant. | CASE NO.:   10-cr-03623-JLS<br><br>Hon. Janis L. Sammartino<br><br>**ORDER TERMINATING SUPERVISED RELEASE** |

**IT IS HEREBY ORDERED** that the defendant, Ezequiel Rodriguez, Jr. be terminated early from his term of supervised release in this case, effective immediately.

**IT IS SO ORDERED.**

Dated:  November 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge